■ In the Matter of MODERN DISPOSAL, INC., Appellant, v TOWN OF CHEEKTOWAGA et al., Respondents. [40 NYS3d 338]— Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered December 3, 2015 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Carni, Lindley, DeJoseph and NeMoyer, JJ.